1 | David C. Wakefield, Esq.   Bar #: 185736
2 | Lightning Law, APC
3 | 10620 Treena Street, Suite 230
San Diego, CA 92131
4 | Telephone:  619.485.4300; Facsimile:  619.342.7755
E-mail:    dcw@DMWakeLaw.com
5 | Attorney for Plaintiffs
6 |
7 | Kimberly S. Oberrecht [C.S.B. No. 190794]
Nathaniel J. Michels [C.S.B. No. 241767]
8 | **HORTON, OBERRECHT & KIRKPATRICK**
9 | 101 W. Broadway, Suite 600
10 | San Diego, California 92101
(619) 232-1183; (619) 696-5719 Facsimile
11 | Email: nmichels@hortonfirm.com
12 | Attorneys for Defendant JAY TIMBER CREEK, LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual**<br><br>**Plaintiffs,**<br><br>v.<br><br>**JAY TIMBER CREEK, LLC; AND DOES 1 THROUGH 10, Inclusive**<br><br>Defendants. | Case#: 3:24-cv-00278-BEN-KSC<br><br>**JOINT NOTICE OF SETTLEMENT OF CASE IN ITS ENTIRETY** |

///

Case No: 3:24-cv-00278-BEN-KSC
**Joint Notice Of Settlement**

1

Plaintiffs UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; and JAMES LEE, An Individual; and Defendant JAY TIMBER CREEK, LLC, herein jointly provide notice that the parties have settled this case in its entirety.  The parties are finalizing a written settlement agreement document that memorializes the parties' settlement, and after obtaining signatures to the approved Agreement, shall shortly thereafter file a dismissal with prejudice of the case in its entirety. The parties anticipate they shall need approximately 30 days to complete the dispositional documents and file a dismissal with the court.

Dated: 07/12/2024          **LIGHTNING LAW, APC**

By: /S/ _David C Wakefield_
  David C. Wakefield, Esq.
  Attorney for Plaintiffs

Dated:  07/12/2024          **HORTON, OBERRECHT & KIRKPATRICK**

By: /S/ _Nathaniel J Michels_
  Kimberly S. Oberrecht, Esq.
  Nathaniel J. Michels, Esq.
  Attorney for Defendant

///

///

///

///

Case No: 3:24-cv-00278-BEN-KSC
**Joint Notice Of Settlement**

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: 07/12/2024               **LIGHTNING LAW, APC**

                            By:   /S/ *David C Wakefield*
                                        David C. Wakefield, Esq.
                                        Attorney for Plaintiffs

///

///

///

///

///

///

///

///

///

///

///

**Case No: 3:24-cv-00278-BEN-KSC**
**Joint Notice Of Settlement**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 10620 Treena Street, Suite 230, San Diego, CA 92131.

On 07-12-2024, I served the document described below on all interested parties in the attached service list by the method indicated below:

**JOINT NOTICE OF SETTLEMENT OF CASE IN ITS ENTIRETY**

____ **BY MAIL -** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

____ **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by _____

____ **VIA FACSIMILE** – I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

XXX__**BY ECF ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the court supported ECF e-mail to the address(s) indicated.

____ **BY OVERNIGHT DELIVERY –** I deposited such envelope for collection and delivery by the Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

**Case No: 3:24-cv-00278-BEN-KSC**
**Joint Notice Of Settlement**

| | | |
|---|---|---|
| ____ | (State) | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| **XX** | (Federal) | I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |

At San Diego, California.

/s/_David C Wakefield____
David C. Wakefield

## SERVICE LIST

Kimberly S. Oberrecht, Esq.
Nathaniel J. Michels, Esq.
HORTON, OBERRECHT & KIRKPATRICK
101 W. Broadway, Suite 600
San Diego, California 92101
(619) 232-1183; (619) 696-5719 Facsimile
Email: nmichels@hortonfirm.com
Attorneys for Defendant JAY TIMBER CREEK, LLC

Case No: 3:24-cv-00278-BEN-KSC
**Joint Notice Of Settlement**