DAVID C. WAKEFIELD (SB#185736)
LIGHTNING LAW, APC
10620 TREENA STREET, STE. 230
SAN DIEGO, CALIFORNIA 92131
(619) 485-4300/FAX (619) 342-7755
dcw@DMWakeLaw.com
Attorney For Plaintiffs

Kimberly S. Oberrecht [C.S.B. No. 190794]
Nathaniel J. Michels [C.S.B. No. 241767]
**HORTON, OBERRECHT & KIRKPATRICK**
101 W. Broadway, Suite 600
San Diego, California 92101
(619) 232-1183; (619) 696-5719 Facsimile
Email: nmichels@hortonfirm.com
Attorneys for Defendant JAY TIMBER CREEK, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual**<br><br>Plaintiffs,<br><br>v.<br><br>**JAY TIMBER CREEK, LLC; AND DOES 1 THROUGH 10, Inclusive**<br><br>**Defendants.** | Case No: 3:24-cv-00278-BEN-KSC<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)]<br><br>Presiding Judge: Roger T. Benitez<br><br>Trial Date: Not Set<br>Time: NA |

Plaintiffs UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; and JAMES LEE, An Individual, (hereinafter collectively "Plaintiffs") and Defendant JAY TIMBER CREEK, LLC, , bring the present Joint Motion pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), to request this Court enter a dismissal with prejudice of all Defendants from Plaintiffs' Complaint. The parties herein reached settlement of the present action. Each party shall bear their own respective attorney fees and costs.

Since no Defendants shall remain in this action, all Parties request that Plaintiffs' Complaint be dismissed with prejudice in its entirety.

Respectfully submitted:

Dated: 08/20/2024					**LIGHTNING LAW, APC**

					 /S/ *David C. Wakefield, Esq.*
					David C. Wakefield, Esq.
					Attorney for Plaintiff

Dated: 08/20/2024					**HORTON, OBERRECHT & KIRKPATRICK**

					 /S/  *Nathaniel J. Michels, Esq.*
					Nathaniel J. Michels, Esq.
					Attorney for Defendant

///

///

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: 08/20/2024            **LIGHTNING LAW, APC**

                            By:   /S/ *David C. Wakefield, Esq.*
                                  David C. Wakefield, Esq.
                                  Attorney for Plaintiffs

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 10620 Treena Street, Suite 230, San Diego, CA 92131.

On the date stated below, I served the foregoing document described as the following below on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as stated on the attached service list:

1.  **JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

2.  **[Proposed] ORDER ON JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

\_     **BY US OVERNIGHT EXPRESS MAIL -** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
**Express Tracking #:**

\_\_\_\_     **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by _____

\_\_\_\_\_     **VIA FACSIMILE –** I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

\_\_\_    **BY EMAIL TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the e-mail address(es) indicated.

XXX\_\_\_\_    **BY ECF ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the court supported ECF e-mail to the address(es) indicated.

\_\_\_\_    **BY OVERNIGHT DELIVERY –** I deposited such envelope for collection and delivery by the Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

\_\_\_\_    (State)        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XX    (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was mad.

Executed on August 20, 2024, at San Diego, California.

　　　　　　　　　　　　　\_\_/s/\_\_ *David C. Wakefield*
　　　　　　　　　　　　　DAVID C. WAKEFIELD

## SERVICE LIST

Kimberly S. Oberrecht, Esq.
Nathaniel J. Michels, Esq.
HORTON, OBERRECHT & KIRKPATRICK
101 W. Broadway, Suite 600
San Diego, California 92101
(619) 232-1183; (619) 696-5719 Facsimile
Email: nmichels@hortonfirm.com
Attorneys for Defendant JAY TIMBER CREEK, LLC